Original

1  Jocelyn Annette Johnson (Full Name)
2  JJocelyn41@yahoo.com (Email Address)
3  5329 Clark Street (Address Line 1)
4  Lynwood CA, 90262 (Address Line 2)
5  (562)502-0546 (Phone Number)
6  Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

2015 FEB 23 PM 2:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: KMM
FILED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LACV15-1284 JAK (MRWx)

| | |
|---|---|
| Jocelyn Annette Johnson, | Case No.: _____ (To be supplied by the Clerk) |
| **PLAINTIFF,** | **COMPLAINT FOR:** |
| vs. | 1. 15 U.S.C. § 2301 |
| Toyota Motor Sales U.SA Inc | 2. 15 U.S.C § 45 |
| Penske Toyota | 3. 42 U.S.C. § 1981 and 1982 |
| Carson Toyota | 4. CCC § 1572 |
| Norwalk Toyota | |
| | **Jury Trial Demanded:** ☒ Yes ☐ No |
| **DEFENDANT(S).** | |

## I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction arises Pursuant to 42 U.SC § 1982, 42 U.S.C § 1981

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391

## III. PARTIES

3. Plaintiff's name is Jocelyn Annette Johnson Plaintiff resides at: 5329 Clark Street Lynwood California, 90262

4. Defendant Toyota Motor Sales, U.SA. Inc. 19001 South Western Ave Torrance California, 90501

5. Defendant Penske Toyota 9136 E. Fireston Blvd. Downey California, 90241

6. Defendant Carson Toyota
*Insert ¶ #*

1333 E 223rd Street Carson California, 90745

7. Defendant Norwalk Toyota
*Insert ¶ #*

11404 E Imperial Highway Norwalk California, 90650

___. Defendant
*Insert ¶ #*

___. Defendant
*Insert ¶ #*

## IV. STATEMENT OF FACTS

8. On October 2, 2005 Plaintiff's Jocelyn Annette Johnson Hereinafter (Plaintiff) Purchase a 2006 Toyota Matrix at Carson Toyota. Purchased Price including finance Charge and Service Contract, downpayment Total 31,871.44

9. Shortly after purchase of vehicle, about two month after Plaintiff experience a problem with the dashboard illuminating. While driving, the Check engine, Tire pressures, SRS, ABS, light's would Illuminate. After a minute or two the light's would Shut off excpet the Check engine, Tire Pressures light's remind on.

10. I returned the Vehicle to Carson toyota at least three or four time, from date of Purchase until September 24, 2007 it was towed to Carson because while driving the Vehicle the engine Shut off. After talking with Service advisor Aron Parra i told mr Parra i want a refund or another Car.

11. Mr Parra call the Service manager at that time i believe it was Mike Vogel, and he gave me information for California dispute Settlement Program. I called to request a Customer Claim form, after ansewer a few question, as to mileage and delivery date i was told the nonconformity System is no longer within warranty coverage period and not eligible for arbitration process.

12. On or about September 24, 2007 after the C.D.S.P. refused arbitration process i called Toyota Motor Sales, U.S.A. Inc. Customer Service i made a complaint, and ask for toyota to refund or replace the Vehicle, and was told to call C.D.S.P. Back.

13. From September 24, 2007 until November 20, 2010, I presented the Vehicle to several dealer's Penske toyota, Norwalk toyota for repair of the Check engine and tire pressure lights, which were never repaired. November 2010 i recived a Safety recall notice stating the engine control module was the problem with the Check engine light Staying on.

14. On November 20, 2010 i presented the Vehicle and Safety recall notice to Penske toyota Service advisor Thomas Arthur, who stated the part had to be special ordered, so Penske provided a warranty rental car. On or about December 22, 2010 i received the vehicle back, and was inform that a new ECM was install and the computer reset.

15. After receiving the vehicle while driving back home, the vehicle had a rough idle as if it was go too shutoff. I called Mr Arthur he said the E.C.M. need to adjust. The next day the check engine light came back on, i inform mr arthur, he said they replaced the recall part and it was out of there hands.

16. On may 5, 2011 i took the vehicle to u auto repair for a completed diagnostic test and was told i need a new Ecm. On may 6, 2011 i went back to Pensks, and gave Sheila Vaquez Service manager a copy of the diagnostic test from u auto. Ms Vaquez stated Penske install a new ECM December 2010 and their was noting they could do.

17. On or about January 2011 i filed a Complaint with the Federal trade Commission and on February 28, 2011 i reciver a letter stating i could Pursue a breach of Warranty, under the magnuson-Moss Warranty act.

18. On or about may 25, 2011 i filed a Complaint with the bureau of automotive repair against Penske toyota Concering the new engine Control module, that was supposed to have been install. explaining in detail the facts, on or about June 16, 2011 i recived Several Phone calls from mr William Sear Program representative for Bureau of automotive repair.

19. And was inform Penske did replace the E.C.M. and i need a new transmission, Mr Sear mailed,me invoice from Penske with a total Price for the transmission 7,564.29 but as a one time Good Will offer Parts and labor 2,302.00.

7

20. On April 24, 2013 the ignition key broke, i had a spare key it should't have turn over the engine or unlock the doors. Because Penske said they reprogram the new E.C.M. and the doors and ignition key.

21. Beteew April 24, 2013 and April 7, 2014 i was in constant contact with Sheila Vazquez service manager, Donna Potter Customer relations manager Penske. Both Sheila and Donna said they were investigating problem. Ms Potter also stated the spare key should't have worked because the E.C.M. was new and was reprogram.

22. On or about April 7, 2014 i spoke with Sheila Vazquez service manager at Penske toyota, to inquir about the parts number, on the invoice document as the E.C.M. parts number description. Ms Vazquez stated that the part descripton on the invoice, is the same number on the ECM part that was install in the vehicle.

23. On the same day April 7, 2014 i took the Vehicle to KnK Auto Service to have the ECM, remove so i could view the part number, and the part number on Ecm dose not macth the invoice description.

24. On July 30, 2014 i filed a new complaint with the bureau of automotive repair, concering the discrepaney, of the invoice part number and the actual number on the part (Ecm) mr Arnulfo Santana, was the representative for the bureau of automotive repair,

25. On September 8, 2014 i received a letter from mr Santana stating the complaint was closed, after a brief conversation a few days later on the phone. I was inform i must subpoena the investigation records, and the records would not be release to me.

26. That only the Court could receive the investigation report and i must subpoena the records, with a case number from the Court. Mr Santana did not disclose his finding.

27. Because the vehicle can not pass a smog test with check engine light on department of motor vehicles will not issue registration, Nor any temporary operating permit.

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(15 U.S.C. § 2301, Breach of Express, Implied Warranty, Service contracts)

(As against Defendant(s): Toyota Motor Sales, U.S.A. Inc, Penske Toyota, Carson Toyota, Norwalk Toyota.)

28. Plaintiff realleged each and every allegation contained in the preceding paragraphs 8-27, defendant's fail and refuse to repair vehicle after a reasonable number of attempt.

29. DeLoach V. Gen. Motors, supra at 159, 369, S.E. 2d 484. When the purchaser returns the product to the dealer and makes the product available for repair, refusal to repair, unsuccessful repair or, repeated failures of the repair constitute a breach of the express warranty, See

30. Id at 551, 181 S.E. 2d 694.

**SECOND CAUSE OF ACTION**

(15 U.S.C. §45 Unfair, Deceptive, Fraudulent Business Practices)
*insert title of cause of action*

(As against Defendant(s): Toyota Motor Sales, U.S.A. Inc, Penske Toyota, Carson Toyota, Norwalk Toyota, )

31. Plaintiff realleged each and every allegation contained in the preceding paragraphs 8-27

32. Plaintiff alleged defendant's violated 15 U.S.C. 45 Unfair, deceptive, and fraudulent business practices. By misrepresentation on the service invoice stating they install a new Engine Control Module, when they did not.

## THIRD CAUSE OF ACTION

(42 U.S.C. 1981 and U.S.C. 1982)
*insert title of cause of action*

(As against Defendant(s): Toyota Motor Sales, U.S.A. Inc., Penske Toyota, Carson Toyota, Norwalk Toyota.)

33. Plaintiff realleged each and every allegation contained in the preceding paragraphs 8-22. Plaintiff alleged defendants violated 42 U.S.C § 1981 was intended to proscribe discrimination in the making, or enforcement of contracts against, or in favor of,

34. Any race. here the defendant's alleged to enforcement warranty and service contract. See McDonald v. Santa Fe Trail Transp. Co., 427 US 273, 295 (1976)

35. Runyon v. McCrary 427 U.S. 160 (1976)

## FOURTH CAUSE OF ACTION

( Civil Code Section 1572 )
*insert title of cause of action*

(As against Defendant(s): Toyota Motor Sales, U.S.A. Inc, Penske Toyota, Carson Toyota, Norwalk Toyota, )

36. Plaintiff realleged each, and, every allegation contained in the preceding paragraphs 8-27

37. Plaintiff alleged defendant's violated Civil Code Section 1572 (3)(4)(5) A Promise made without any intention of perforing it, or, any other act fitted to deceive.

38. Defendant's alleged that the vehicle was repair and it was not.

14
*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

__. For Judgment against defendant on all, alleged Claims.

1. A declaratoy Judgment declaring defendants Violat Plaintiff Constitutional rights, And breach of Warranty Written and Implied, Service Contract.

2. Injunction relief, Order for defendant to Immediate Perform Contract by refund.

3. Monetary damages in the amount 8,000,000 Any Such further equitable relief as the court may deem Just and Proper

Dated: February 23, 2015
Sign: Jocelyn annette Johnson
Print Name: Jocelyn Annette Johnson

15

Page Number

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: February 23, 2015
Sign: *Jocelyn Annette Johnson*
Print Name: Jocelyn Annette Johnson

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**Original**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [x] )

Johnson Jocelyn A
5329 Clark Street
Lynwood CA 90262

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

Toyota Motor Sales U.S.A. Inc,
Penske Toyota, Carson Toyota
Norwalk Toyota

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

Jocelyn Annette Johnson
5329 Clark Street
Lynwood CA, 90262 (562)502-0546

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

Beatty + Myers, LLP (562) 606-1530
100 W Broadway Suite 500
Long Beach CA, 90802
Attorney for Toyota Motor Sales

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [x] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify):
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [x] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [ ] No   [x] **MONEY DEMANDED IN COMPLAINT:** $ 8,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. § 2301 defendants refused to repair, replace, or refund.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [ ] 820 Copyrights |
| [ ] 400 State Reapportionment | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 410 Antitrust | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 140 Negotiable Instrument | **TORTS** | **TORTS** | [ ] 530 General | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | [ ] 535 Death Penalty | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | | [ ] 310 Airplane | [ ] 370 Other Fraud | **Other:** | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 151 Medicare Act | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 540 Mandamus/Other | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 550 Civil Rights | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 555 Prison Condition | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 340 Marine | **BANKRUPTCY** | [ ] 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | [ ] 160 Stockholders' Suits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 690 Other | |
| [ ] 895 Freedom of Info. Act | [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [x] 440 Other Civil Rights | **LABOR** | |
| [ ] 896 Arbitration | [ ] 196 Franchise | [ ] 362 Personal Injury-Med Malpractice | [ ] 441 Voting | [ ] 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/ Accomodations | [ ] 740 Railway Labor Act | |
| | [ ] 220 Foreclosure | | [ ] 445 American with Disabilities-Employment | [ ] 751 Family and Medical Leave Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 230 Rent Lease & Ejectment | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 446 American with Disabilities-Other | [ ] 790 Other Labor Litigation | |
| | | | [ ] 448 Education | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LACV15-1284

CV-71 (09/13)     CIVIL COVER SHEET     Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court?<br>☐ Yes  ☑ No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action?<br>☐ Yes  ☑ No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br>Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1.** Is either of the following true? If so, check the one that applies:

☑ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
**SOUTHERN DIVISION.**
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2.** Is either of the following true? If so, check the one that applies:

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
**EASTERN DIVISION.**
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
**WESTERN DIVISION.**
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western Division |

CV-71 (09/13)  CIVIL COVER SHEET  Page 2 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☐ NO  ☑ YES

If yes, list case number(s): CV14-08407-JLS (KK)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** Jocelyn Annette Johnson   DATE: February 23, 2015

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |