UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN ANNETTE JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOYOTA MOTOR SALES,<br>U.S.A., INC., B.A.R., PENSKE<br>TOYOTA, CARSON TOYOTA,<br>NORWALK TOYOTA,<br><br>　　　　Defendants. | NO.   2:15-cv-01284-JAK-MRW<br><br>**JUDGMENT**<br><br>**JS-6** |

The Court, having heard the motion for summary judgment filed by defendants Toyota Motor Sales, U.S.A., Inc.'s ("TMS") and Apaulo, Inc. dba Norwalk Toyota's (collectively, "Defendants") against plaintiff Jocelyn Annette Johnson on June 27, 2016, and thereafter granting the motion in its entirety:

///

TMS1510934\MOTIONS\JDGM01

1

**JUDGMENT AND ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:  That plaintiff
2   Jocelyn Annette Johnson shall take nothing and that Defendants are entitled to
3   judgment against plaintiff Jocelyn Annette Johnson.  Furthermore, by reason of
4   said judgment and pursuant to Rule 54(d)(1) of Federal Rules of Civil Procedure
5   and Local Rules 54-1 and 54-2, Defendants may seek to recover costs pursuant to
6   an application submitted under those rules.
7   IT IS SO ORDERED.

    Dated:  December 15, 2016

    _____
    HON. JOHN A. KRONSTADT
    UNITED STATES DISTRICT JUDGE

TMS1510934\MOTIONS\JDGM01

2

**JUDGMENT AND ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**